# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONGREGATION JESHUAT ISRAEL, <br><br> Plaintiff, <br><br> v. <br><br> CONGREGATION SHEARITH ISRAEL, <br><br> Defendant. | C.A. NO. 12-822-M (LDA) |

**Plaintiff Congregation Jeshuat Israel's Amended Objections
and Counter Designations to Defendant
<u>Congregation Shearith Israel's Deposition Designations</u>**

Plaintiff Congregation Jeshuat Israel ("Jeshuat Israel" or "CJI") hereby submits its amended objections and counter designations to the deposition testimony designated for trial by defendant Congregation Shearith Israel ("Shearith Israel" or "CSI").

Jeshuat Israel incorporates by reference its Objections and Counter Designations filed on May 18, 2015 (Dkt. No. 71) and submits the following corrections and additions.

**6.** <u>**Deposition of Bertha Schlessinger Ross, dated June 19, 2014**</u>

    (b) *Jeshuat Israel's Counter Designations*

Jeshuat Israel corrects its counter designations as follows:

| Original designation | Corrected designation |
|---|---|
| 88:6-86:10 | 88:6-88:10 |
| 215:20-215:9 | 214:20-215:9 |

10. **Deposition of Michael Lustig, dated July 18, 2014**

    (b)    *Jeshuat Israel's Counter Designations*

Jeshuat Israel corrects its counter designations as follows:

| Original designation | Corrected designation |
|---|---|
| 111:15-111:13 | 111:5-111:13 |
| 139:7-130:15 | 130:7-130:15 |
| 149:9-149:9 | 149:8-149:9 |

11. **Deposition of Andrew Segal, dated July 22, 2014**

    (b)    *Jeshuat Israel's Counter Designations*

Jeshuat Israel adds the following counter designations, which complete previously designated testimony:

72:11-72:24

80:21-81:9

        CONGREGATION JESHUAT ISRAEL,

        By Its Attorneys,

        PARTRIDGE SNOW & HAHN LLP
        Steven E. Snow (#1774)
        40 Westminster Street, Suite 1100
        Providence, RI  02903
        (401) 861-8200 / (401) 861-8210 FAX
        ses@psh.com

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        */s/ Tobias B. Jacoby*
        Gary P. Naftalis (admitted *pro hac vice*)
        Jonathan M. Wagner (admitted *pro hac vice*)
        Tobias B. Jacoby (admitted *pro hac vice*)
        Daniel P. Schumeister (admitted *pro hac vice*)
        1177 Avenue of the Americas
        New York, NY  10036
        (212) 715-9253 / (212) 715-9238 FAX
        gnaftalis@kramerlevin.com
        jwagner@kramerlevin.com
        tjacoby@kramerlevin.com
        dschumeister@kramerlevin.com

DATED:  May 29, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2015, I caused a true copy of the within document to be delivered through the ECF system to all counsel of record.

        /s/ Tobias B. Jacoby