# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

CONGREGATION JESHUAT ISRAEL,

        Plaintiff,

v.

CONGREGATION SHEARITH ISRAEL,

        Defendant.

C.A. NO. 12-822-M (LDA)

### Plaintiff Congregation Jeshuat Israel's Third Amended Exhibit List

Plaintiff Congregation Jeshuat Israel ("Jeshuat Israel" or "CJI") submits its third amended exhibit list, attached as Appendix A. Jeshuat Israel is not offering all documents listed in Appendix A for the truth of the matters asserted therein.

Jeshuat Israel reserves the right to offer and/or use any document for impeachment or rebuttal purposes. Jeshuat Israel also reserves the right to offer and/or use any exhibit listed or offered by defendant Congregation Shearith Israel ("Shearith Israel" or "CSI").

CONGREGATION JESHUAT ISRAEL,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP
Steven E. Snow (#1774)
40 Westminster Street, Suite 1100
Providence, RI  02903
(401) 861-8200 / (401) 861-8210 FAX
ses@psh.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*/s/ Tobias B. Jacoby*
Gary P. Naftalis (admitted *pro hac vice*)
Jonathan M. Wagner (admitted *pro hac vice*)
Tobias B. Jacoby (admitted *pro hac vice*)
Daniel P. Schumeister (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9253 / (212) 715-9238 FAX
gnaftalis@kramerlevin.com
jwagner@kramerlevin.com
tjacoby@kramerlevin.com
dschumeister@kramerlevin.com

DATED:  May 28, 2015

Appendix A

Congregation Jeshuat Israel's Exhibit List

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P1 | ~1733 (5493) | CSI ledger | CSI 5478-79 |
| P2 | ~1734 (5494) | CSI ledger | CSI 5480-81 |
| P3 | ~1735 (5495) | CSI ledger | CSI 5482-83 |
| P4 | ~1735-1736 (5496) | CSI ledger | CSI 5484-85 |
| P5 | ~1737-1738 (5498) | CSI ledger | CSI 5494-95 |
| P6 | ~1738-1739 (5499) | CSI ledger | CSI 5500-01 |
| P7 | ~1739-1740 (5500) | CSI ledger | CSI 5502-03 |
| P8 | ~1747 (5507) | CSI ledger | CSI 5546-47 |
| P9 | ~1748 (5508) | CSI ledger | CSI 5550-51 |
| P10 | ~1749 (5509) | CSI ledger | CSI 5556-57 |
| P11 | ~1750 (5510) | CSI ledger | CSI 5560-61 |
| P12 | ~1751 (5511) | CSI ledger | CSI 5568-69 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P13 | ~1752 (5512) | CSI ledger | CSI 5570-71 |
| P14 | ~1753-1754 (5514) | CSI ledger | CSI 12637-38 |
| P15 | ~1754-1755 (5515) | CSI ledger | CSI 12606 |
| P16 | ~1758-1759 (5519) | CSI ledger | CSI 11919-20 |
| P17 | ~1759-1760 (5520) | CSI ledger | CSI 12639 |
| P18 | 1758-09-25 (5518, Elul 22) | CSI meeting minutes | CSI 5587 |
| P19 | 1759-06-14 | Deed from Ebenezer Allen to Jacob Rodrigues Rivera, Moses Levy, & Isaac Hart | CJI 1 |
| P20 | 1759-07-13 | Receipt of £149.06 from CSI towards building synagogue in Newport, signed by Naph. Hart | CJI 3333-34 |
| P21 | 1760-01-12 (5520, Tebeth 22) | CSI meeting minutes | CSI 5591 |
| P22 | ~1761 (5521) | Receipt for Sefer Torah lent by CSI to Philadelphia congregation, signed by Joseph Simon et al., Box 2, File 110, Lyons Collection, American Jewish Historical Society, http://digifindingaids.cjh.org/?pID=333370#a14 | CJI 3438-39 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P23 | 1764 (5524) | CSI ledger | CSI 13030 & 11918 |
| P24 | ~1764-1765 (5525) | CSI ledger | CSI 11899 & 12633 |
| P25 | ~1766-1767 (5527) | CSI ledger | CSI 12628 |
| P26 | ~1769-1770 (5530) | CSI ledger | CSI 12608 |
| P27 | ~1770-1771 (5531) | CSI ledger | CSI 12609 & 12625 |
| P28 | ~1772-1773 (5533) | CSI ledger | CSI 11894 |
| P29 | ~1773-1774 (5534) | CSI ledger | CSI 11911 & 11890 |
| P30 | ~1787 (5547) | The Holy Sedaka of Yeshuat Israel in Newport Rhode Island with Moses Seixas, Box 3, File 185, Lyons Collection, American Jewish Historical Society, http://digifindingaids.cjh.org/?pID=333370#a14 | CJI 3350-51 |
| P31 | 1787-01-09 | Typed extract of Last Will and Testament of Jacob Rodrigues Rivera | CJI 2 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P32 | 1790s | CSI ledgers | CSI 5609-24 |
| P33 | 1790 | Letters between Moses Seixas to George Washington, reproduced in Rabbi Morris Gutstein, The Story of the Jews of Newport (Bloch 1936) | CJI 3077, 3103-04, 3101-02, 3107-08, 3106, 3109 |
| P34 | 1792-06-06 | Typed copy of Will of Moses Levy | CSI 193-97 |
| P35 | 1818-01-11 | CSI meeting minutes | CSI 5273-76 |
| P36 | 1818-02-20 | Letter from B. Seixas to trustees of CSI | CJI 3-4 |
| P37 | 1832-12-09 | CSI meeting minutes | CSI 5253-54 |
| P38 | 1833-02-10 | CSI meeting minutes | CSI 5257-59 |
| P39 | 1833-11-00 | CSI meeting minutes | CSI 11893 |
| P40 | 1847-04-18 | CSI meeting minutes | CSI 7342 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P41 | 1892-03-02 | Letter from Caroline Cohen to Rabbi A.P. Mendes | CSI 5236-37 |
| P42 | 1893 | Signed statements concerning Touro Synagogue | CSI 1261-66 |
| P43 | 1893-06-13 | CSI meeting minutes | CSI 8837-39 |
| P44 | 1893-07-19 | CSI meeting minutes | CSI 5279-80 |
| P45 | 1893-07-19 | Report from CSI committee to CSI board of trustees | CSI 5321-5352 |
| P46 | 1894 | CJI by-Laws | CJI 453-65 |
| P47 | 1894 | CSI petition to Rhode Island General Assembly | CJI 87-90 |
| P48 | 1894 | CSI petition to Rhode Island General Assembly | CSI 4055-59 |
| P49 | 1894-01-26 | Letter from L. Napoleon Levy to Clerk of Rhode Island General Assembly | CJI 86 |
| P50 | 1894-04-10 | Deed in trust for Touro Synagogue from Herman S. Phillips et al. to L. Napoleon Levy et al. | CSI 4504-10 |
| P51 | 1894-04-23 | Deed in trust for Touro Synagogue from Mary Ann Lopez to L. Napoleon Levy et al. | CSI 4542-46 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P52 | 1894-04-23 | Deed for Jewish Cemetery from Mary Ann Lopez to L. Napoleon Levy, et al. | CSI 4456-59 |
| P53 | 1894-04-24 | Deed in trust for Touro Synagogue from Adolphus S. and Mary Jane Solomons to L. Napoleon Levy et al. | CSI 83-88 |
| P54 | 1894-07-02 | CSI meeting minutes | CSI 5277-78 |
| P55 | 1895 | Letter from L. Napoleon Levy to Rhode Island Judiciary Committee | CSI 747-50 |
| P56 | 1898-05-30 | Copy of letter from CSI | CSI 4582-83 |
| P57 | 1899-07-10 | Jury verdict in *Levy v. Touro Congregation* (Newport S.C.) | CJI 259-62 |
| P58 | 1899-08 | Draft lease | CSI 4534-37 |
| P59 | 1901 | Excerpts from The Literary Diary of Ezra Stiles (Scribner's Sons 1901), pp. 6, 11, 393 | CJI 3065-68 |
| P60 | 1902-04-28 | Complaint in *Levy v. David* (Newport S.C.) | CJI 328-29 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P61 | 1902-05-05 | Letter from William P. Sheffield to L. Napoleon Levy | CSI 1164 |
| P62 | 1902-05-05 | Complaint in *David v. Levy* (D.R.I) | CSI 172-83 |
| P63 | 1902-05-08 | Jury verdict in *Levy v. David* (Newport S.C) | CSI 304-05 |
| P64 | 1902-06-10 | Petition for removal in *David v. Levy* (Newport S.C.) | CSI 232-34 |
| P65 | 1902 | Brief for defendants in *David v. Levy* (D.R.I.) | CSI 246-51 |
| P66 | 1902-06-11 | Opinion in *Levy v. David*, 52 A. 1080 (R.I. 1902) | CSI 466-67 |
| P67 | 1903-01-10 | Opinion in *David v. Levy* (D.R.I.) | CSI 316-19 |
| P68 | 1903-01-30 | Settlement agreement between CJI and L. Napoleon Levy, trustee | CSI 6 |
| P69 | 1903-02-02 | CJI resolution | CJI 371 |
| P70 | 1903-02-02 | Lease of Touro Synagogue between L. Napoleon Levy et al., as trustees, and CJI | CSI 27-31 |
| P71 | 1903-02-02 | Lease of Touro Synagogue between L. Napoleon Levy et al., as trustees, and CJI | CJI 472-76 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P72 | 19__-02-11 | Telegram from Steinberg to Rabbi H.P. Mendes | CSI 5412 |
| P73 | "Feb. 18" | Telegram from L.N. Levy to Rabbi H.P. Mendes | CSI 5415 |
| P74 | 1903-03-01 | Receipt of $1 from "Congregation Yeshuat Israel," signed by Rabbi H. Pereira Mendes | CSI 5411 |
| P75 | 1903-03-02 | Letter from L. Napoleon Levy to Mayor and City Council, Newport, Rhode Island | CSI 404 |
| P76 | 1908-01-14 | Lease of Touro Synagogue between L. Napoleon Levy et al., as trustees, and CJI | CSI 1-5 |
| P77 | 1913 | Excerpts from E. Alfred Jones, The Old Silver of American Churches (Nat'l Soc'y of Colonial Dames 1913), p. 320 & plate XCVI | CJI 3069-71 |
| P78 | 1913 | Excerpts from The Lyons Collection Volume I, Publications of the American Jewish Historical Society, Vol. 21, pp. iii, 31-35, 38-41, 54-55, 57-58, 70-71, 79-81, 86-90, 94, 105-107, 115-116 | CJI 3369-99 |
| P79 | 1917 | Excerpts from Hollis French, A List of Early Silversmiths and Their Marks (Walpole Soc'y 1917), pp. v-ix, 3, 6, 7, 12, 13, 18, 19, 22, 26, 28, 32, 33, 35-37, 39-50, 63, 65, 70, 74, 76, 81-83, 86-87, 89, 94, 97-100, 106, 111, 114, 116, 123 | CJI 3442-98 |
| P80 | 1920 | Excerpts from The Lyons Collection Volume II, Publications of the American Jewish Historical Society, Vol. 27, pp. iii, 20-21, 175-85, 404-10 | CJI 3308-30 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P81 | 1936 | Excerpts from Rabbi Morris Gutstein, The Story of the Jews of Newport (Bloch 1936), pp. 37, 82, 105, 108, 153, 185-190, 216-17, 272-273, 275, 276-277, 279, 321-323, 325, 327, 352, 364-68 | CJI 3077-160 |
| P82 | 1936-09-06 | Letter from Rabbi Morris Gutstein to Rabbi David de Sola Pool | CSI 1236-37 |
| P83 | 1937-01-05 | CSI meeting minutes | CSI 11119-25 |
| P84 | 1945-01-28 | CJI by-laws | CJI 488-502 |
| P85 | 1945-01-28 | CJI by-laws | CSI 678-705 |
| P86 | 1945-09-24 | Letter from William MacLeod to CJI | CJI 504-07 |
| P87 | 1945-10-10 | Letter from Henry Hendricks to N. Taylor Phillips | CSI 1455 |
| P88 | 1945-10-11 | Letter from N. Taylor Phillips to Henry Hendricks | CSI 1456-57 |
| P89 | 1945-10-28 | CJI special meeting minutes | CJI 250-51 |
| P90 | 1945-11-07 | Agreement among CSI, CJI and United States Department of Interior concerning Touro Synagogue | CSI 93-103 |
| P91 | 1945-11-14 | CSI meeting minutes | CSI 11761 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P92 | 1948 | Rabbi D. de Sola Pool, Some Notes on the Touro Synagogue, Touro Synagogue of Congregation Jeshuat Israel (Soc'y of Friends of Touro Synagogue 1950) | CSI 415-26 |
| P93 | 1948 | Excerpts from Stephen G.C. Ensko, American Silversmiths & Their Marks (Dover 1948), pp. 11, 16-19, 22-23, 30-41, 44-47, 50-53, 56-59, 72-73, 78-79, 84-87, 94-101, 104-15, 120-23, 138-39, 150-53 | CJI 3400-47 |
| P94 | 1948-09 | Rabbi D. de Sola Pool, The Touro Synagogue: Aspects of the Missing Half Century of Its History (1850-1900), Publications of the American Jewish Historical Society, Vol. 38, pp. 57-76 | CJI 3161-80 |
| P95 | Undated | Jane Bortman Larus, Myer Myers Silversmith 1723-1795, Exhibition Catalogue, Washington D.C.: Klutnick Exhibit Hall, N'Nai B'Rith | CJI 3352-59 |
| P96 | 1950-01-15 | CJI special meeting minutes | CJIB 529-31 |
| P97 | 1953 | Catalog of exhibition entitled, "Early American Jewish Portraits and Silver." Museum of Fine Arts, Boston, 1953 | CJI 1959-62 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P98 | 1953-03-22 | CJI annual meeting minutes | CJIB 899-911 |
| P99 | 1953-09 | Guido Schoenberger, The Ritual Silver Made by Myer Myers, Publications of the American Jewish Historical Society, Vol. 43, pp. 1-9 | Mann Dep. Exh. 16 |
| P100 | 1954 | Excerpts from Jeanette W. Rosenbaum, Myer Myers, Goldsmith 1723-1795 (Jewish Publ'cn Soc'y N. Am. 1954), pp. 24, 33-34, 36, 40, 50-51, 67, 98-100 | Mann Dep. Exh. 9 |
| P101 | 1954 | "Exhibition of Works in Silver and Gold by Myer Myers, A Checklist of Objects Exhibited at the Brooklyn Museum," Exhibition Checklist, New York: Brooklyn Museum, 1954 | CJI 3719-29 |
| P102 | 1955 | Excerpts from David and Tamar de Sola Pool, An Old Faith in The New World: Portrait of Shearith Israel, 1654-1954 (Columbia Univ. Press 1955), pp. 113-115, 502-503, 514 | CJI 3181-84, 3193-95 |
| P103 | 1955 | Catalog of exhibition entitled, "The House of God: An Exhibition in Honor of the American Jewish Tercentenary." Rhode Island School of Design, 1955 | TSF 1384-1400 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P104 | 1958 | Excerpts from Rabbi Morris A. Gutstein, To Bigotry No Sanction: A Jewish Shrine in America, 1658-1958 (Bloch 1958), pp. 113, 145-152, 182 & picture of plaque | CJI 3199-3212 |
| P105 | 1958-04 | David C. Adelman, They Broke In-To Pray, Rhode Island Jewish Historical Notes, Vol. 2, No. 4, pp. 227-37 | CJI 581-87 |
| P106 | 1959-07-30 | Letter from Anthony Garvan to Rabbi Theodore Lewis | CSI 1002 |
| P107 | 1959-08-03 | Letter from Rabbi Theodore Lewis to Rabbi David de Sola Pool | CSI 1003 |
| P108 | 1959-08-07 | Letter from Rabbi David de Sola Pool to Edgar J. Nathan, Jr. | CSI 999-1001 |
| P109 | 1959-08-10 | Unsigned letter from Victory Tarry to Rabbi Theodore Lewis | CSI 1302 |
| P110 | 1959-08-10 | Unsigned letter from "President" to Rabbi Theodore Lewis | CSI 1303 |
| P111 | 1959-08-12 | Letter from Rabbi Theodore Lewis to Victor Tarry | CSI 1004 |
| P112 | 1962 | CJI meeting minutes | CJIB 1688-1883 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P113 | 1963-11 | Spanish Portuguese Jews' Congregation Monthly Bulletin, Vol. 17, No. 9 | CSI 2732-54 |
| P114 | 1965 | Tom L. Freudenheim, Myer Myers: American Silversmith.  Exhibition Catalogue. New York: The Jewish Museum, 1965 | CJIB 1574-584 |
| P115 | 1965 | Pamphlet entitled, "Touro Synagogue" (U.S. Dep't of Interior, 1965) | CSI 589-94 |
| P116 | 1968 | CJI by-laws | CJI 526-39 |
| P117 | 1969-04-13 | Fine Arts Endorsement issued to "Trustees Cong. Jeshuat Israel" | CJI 1055 |
| P118 | 1969-06-11 | Letter from Rabbi Theodore Lewis to Samuel Kosch | CJIB 2189 |
| P119 | 1971-09-15 | CSI meeting minutes | CSI 12993-96 |
| P120 | 1972-11-01 | CSI meeting minutes | CSI 12997-13002 |
| P121 | 1974-09-11 | CSI meeting minutes | CSI 13003-07 |
| P122 | 1974-11-00 | John C. Burke, The Break In, Rhode Island Jewish Historical Notes, Vol. 6, No. 4, pp. 487, 532-41 | CJI 3273-84 |
| P123 | 1975 | Rabbi Theodore Lewis, History of Touro Synagogue, Bulletin of the Newport Historical Society, No. 159, Vol. 48, part 3 | CSI 3538-80 |
| P124 | 1975-02 | Touro Monthly, Vol. XI, No. 6 | CJIB 4110-12 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P125 | 1975-11-00 | Bernard Kusinitz, The 1902 Sit-In at Touro Synagogue, Rhode Island Jewish Historical Notes, Vol. 7, No. 1, pp. 42-72 | JHA 1, 43-73 |
| P126 | 1979 | Letter from Saul Schweber to "Trustees Cong. Shearith Israel" | CJI 1220 |
| P127 | 1979-12-13 | Letter from Edgar Nathan, 3rd to Saul Schweber | CJI 1221-22 |
| P128 | 1983 | CJI by-laws | CJIB 2475-86 |
| P129 | 1983 | CJI by-laws | CJI 540-60 |
| P130 | 1983-04-04 | Letter from J. de Sola Mendes to James Herstoff | CSI 954 |
| P131 | 1985-11 | Bernard Kusinitz, The Enigma of the Colonial Jewish Cemetery in Newport, Rhose Island, Rhode Island Jewish Historical Notes, Vol. 9, No. 3, pp. 225-38 | CJI 3335-49 |
| P132 | 1987 | CJI by-laws | TSF 273-300 |
| P133 | 1988-06-08 | Associated Appraisers Inc. insurance appraisal of "The Property of Touro Synagogue" | CJI 1404-07 |
| P134 | 1990-08-28 | Letter from Nancy Andrade to CJI, with attached fine arts schedule | CJI 1761-64 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P135 | 1992 | Excerpt from John McCusker, Money & Exchange In Europe & America, 1600-1775 (Univ. North Carolina 1978), pp. 153-55 | CJI 3364-68 |
| P136 | 1993-06-16 | Letter from Rabbi Marc D. Angel to Edgar Nathan and Jonathan de Sola Mendes | CSI 972-73 |
| P137 | 1994 | CJI by-laws | CJI 588-628 |
| P138 | 1996-05-06 | Sotheby's insurance appraisal of "The Property of Touro Synagogue" | CJI 1418-32 |
| P139 | 1996-05-14 | CJI board minutes | CJIB 7061-64 |
| P140 | 1996-06-02 | CJI congregation meeting minutes | CJIB 6666-67 |
| P141 | 1996-06-11 | Letter from David Bazarsky to Dennis Freilich | CSI 978 |
| P142 | 1996-06-11 | CJI board meeting minutes | CJIB 7054-57 |
| P143 | 1996-06-11 | Fax from Helen Nelson to Bea Ross with attached Evidence of Property Insurance | CJI 1765-66 |
| P144 | 1998-02-20 | Letter from Alvin Deutsch to David Bazarsky | CJI 1074 |
| P145 | 1998-02-24 | Fax from David Bazarsky to Alvin Deutsch re: Touro Synagogue | CJI 1075-76 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P146 | 1999-06 | CJI by-laws | CSI 727-46 |
| P147 | 1999-07-29 | Chubb Fine Arts Floater for period July 29, 1998 to July 29, 1999 | CJI 1752-60 |
| P148 | 1999-07-29 | Chubb Insurance declarations for period July 29, 1999 to July 29, 2000 | CJI 1887-1922 |
| P149 | 2000-11-03 | Letter from Jack Reynolds to Rita Slom | CJI 632-33 |
| P150 | 2001 | Excerpts from David L. Barquist, Myer Myers, Jewish Silversmith in Colonial New York (Yale 2001), pp. 8, 16, 22-23, 25, 27, 38, 52, 69-75, 100, 152-164, 198-200, 253-257, 259 | CJI 3228-66 |
| P151 | 2001-01-08 | CSI meeting minutes | CSI 13028-29 |
| P152 | 2001-04-01 | CJI congregation meeting minutes | CJIB 6534-36 |
| P153 | 2001-04-13 | Letter from Ubaldo Vitali to Rita Slom | CJI 653-54 |
| P154 | 2001-04-16 | Letter from David Bazarsky and Rita Slom to "Fellow Congregants" | CJI 651 |
| P155 | 2001-07-29 | AXA Nordstern insurance declarations for period July 29, 2001 to July 29, 2002 | CJI 1454-64 |
| P156 | 2001-10-11 | Fax of Yale University Art Gallery receipt of torah finials | CJI 712 |
| P157 | 2001-11 | Benjamin Brown, The Rebirth of the Jewish Community in Newport: 1840-1854, Rhode Island Jewish Historical Notes, Vol. 13, No. 3, pp. 338, 421-38 | CJI 3288-332 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P158 | 2001-12-05 | Rabbi Marc Angel, lecture entitled, "The Torah Bells of Myers: Ancient Traditions in a New Land" | Angel Dep. Exh. 5 |
| P159 | 2002-08-26 | Travelers fine arts insurance policy declarations for period July 29, 2002 to 29, 2003 | CJI 2353-56 |
| P160 | 2003-07-21 | Travelers insurance policy declarations for period July 29, 2003 to July 29, 2004 | CJI 1482-85 |
| P161 | 2003-11-02 | CJI "Strategic Plan" | CJIB 6302-07 |
| P162 | 2004 | Excerpts from Rabbi Marc D. Angel, Remnant of Israel, a Portrait of America's First Jewish Congregation (Riverside 2004), pp. 52-54, 56-57, 63, 173 | CJI 3219-27 |
| P163 | 2004-02-04 | Usage Agreement for photographs of silver rimonin | CJI 770 |
| P164 | 2004-07-08 | Library of Congress Incoming Loan Agreement | CJI 771 |
| P165 | 2004-08-05 | Travelers fine arts insurance policy declarations for period July 29, 2004 to July 29, 2005 | CJI 2362-66 |
| P166 | 2004-09-12 | Rabbi Marc D. Angel, "Sermon on the Occasion of the 350th Anniversary Service at Shearith Israel," http://www.jewishideas.org | Angel Dep. Exh. 3 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P167 | 2004-10-06 | Congressional Record, Vol. 150, Issue 126, "In Honor of the 350th Anniversary of the Congregation Shearith Israel" | Angel Dep. Exh. 4 |
| P168 | 2004-11-06 | CSI meeting minutes | Groopman Dep. Exh. 2 |
| P169 | 2005-05-25 | Travelers fine arts insurance policy declarations for period July 29, 2005 to July 29, 2006 | CJI 2367-72 |
| P170 | 2005-07-14 | Campaign plan entitled, "The Campaign to Save Touro Synagogue" | TSF 6802-23 |
| P171 | 2005-11-10 to 2006-02-12 | Catalog of exhibition entitled, "From Haven to Home, 350 Years of Jewish Life in America." Library of Congress | CJI 841-64 |
| P172 | 2005-11-10 to 2006-02-12 | Excerpt from webpage for Library of Congress exhibition, "From Haven to Home," http://www.loc.gov/exhibits/haventohome/haven-haven.html | Mann Dep. Exh. 15 |
| P173 | 2006-07-25 | Travelers fine arts insurance policy declarations for period July 29, 2006 to July 29, 2007 | CJI 2373-77 |
| P174 | 2007-07-29 | Travelers fine arts insurance policy declarations for period July 29, 2007 to July 29, 2008 | CJI 2378-84 |

- 18 -

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P175 | 2008-05-20 | Travelers fine arts insurance policy declarations for July 29, 2008-July 29, 2009 | CJI 2385-91 |
| P176 | 2008-06 | CJI budget for FYE June 2008 with comparative information for 2006 and 2007 | CJI 1934-36 |
| P177 | 2008-08-05 | CJI executive committee minutes | CJI 1351 |
| P178 | 2008-08-14 | CJI executive board committee minutes | CJI 1352 |
| P179 | 2008-09-14 | CJI board minutes | CJI 1302-03 |
| P180 | 2008-10-19 | CJI congregation meeting minutes | CJI 1297-99 |
| P181 | 2008-12-09 | CJI special board meeting minutes | CJI 1325-28 |
| P182 | 2009-02-01 | CJI congregation meeting minutes | CJI 1316-19 |
| P183 | 2009-03-11 | CJI executive committee meeting minutes | CJI 1353-54 |
| P184 | 2009-03-11 | CJI board meeting minutes | CJI 1355-56 |
| P185 | 2009-03-29 | CJI special meeting minutes | CJI 1314-15 |
| P186 | 2009-04-22 | CJI board meeting minutes | CJI 1320-21 |
| P187 | 2009-05-27 | Anthony Weiss, Touro Struggles with Its Historic Legacy, Jewish Forward (elec. edition) | CJI 1976-78 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P188 | 2009-06 | CJI budget for FYE June 2009 with comparative information for 2006, 2007 & 2008 | CJI 1937-39 |
| P189 | 2009-06-05 | Anthony Weiss, Touro Struggles with Its Historic Legacy, Jewish Forward (print edition) | Angel Dep. Exh. 6 |
| P190 | 2009-06-07 | CJI annual meeting minutes | CJI 1292-94 |
| P191 | 2009-07-21 | CJI board of directors meeting minutes | CJI 1312-13 |
| P192 | 2009-07-29 | Travelers insurance declarations for period July 29, 2009 to July 29, 2010 | CJI 1486-1518 |
| P193 | 2009-07-29 | Travelers insurance change endorsement | CJI 1519-24 |
| P194 | 2009-08-05 | E-mail from Michael Richard to Michael Pimental re: "Schedule of Fine Arts for CJI" | CJI 2485-87 |
| P195 | 2009-10-02 | Letter agreement between Christie's Inc. and CJI re: Pair of Siliver Torah Finials | CJI 965-68 |
| P196 | 2009-10-25 | CJI congregation meeting minutes | CJI 1304-05 |
| P197 | 2009-10-28 | AXA insurance policy declarations for period October 28, 2009 to October 28, 2010 | CJI 2392-2410 |
| P198 | 2009-11-16 | CJI board meeting minutes | CJI 1331-32 |
| P199 | 2010-02-14 | CJI congregation meeting minutes | CJI 1295-96 |
| P200 | 2010-03-10 | CJI board of officers meeting minutes | CJI 1359-61 |
| P201 | 2010-05-12 | CJI board meeting minutes | CJI 1329-30 |
| P202 | 2010-06-13 | CJI annual meeting minutes | CJI 1289-91 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P203 | 2010-06-30 | CJI financial reports | CJI 3022-31 |
| P204 | 2010-07-26 | E-mail from Jeanne Sloane to Marietta Cambares re: "Condition notes, with attachments" | MFA 159-60 |
| P205 | 2010-10-24 | CJI congregation meeting minutes | CJI 1309-11 |
| P206 | 2010-10-26 | Loan agreement between MFA & CJI | CJI 1026-27 |
| P207 | 2010-10-28 | AXA insurance policy declarations for period October 28, 2010 to October 28, 2011 | CJI 2838-56 |
| P208 | 2010-11-03 | MFA Receipt of Work of Art | CJI 1009-11 |
| P209 | 2010-11-18 | CJI board meeting minutes | CJI 1337-40 |
| P210 | 2011-06-30 | CJI financial reports | CJI 3032-39 |
| P211 | 2011 | Excerpt from The Oxford Dictionary of the Jewish Religion (Oxford Univ. Press 2011) | Fisher Dep. Exh. 8 |
| P212 | 2011-01-19 | CJI board meeting minutes | CJI 1306-08 |
| P213 | 2011-04-07 | Letter from Malcom Rogers to Marc Porter | CJI 1037-47 |
| P214 | 2011-04-13 | CJI board of directors meeting minutes | CJI 1322-24 |
| P215 | 2011-04-16 | Letter from Rita Slom to "Whom It May Concern" | CJI 650 |
| P216 | 2011-06 | CJI by-laws | CJI 1362-86 |
| P217 | 2011-06-12 | CJI annual meeting minutes | CJI 1282-88 |
| P218 | 2011-10-23 | CJI congregation meeting minutes | CSI 13031-35 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P219 | 2011-10-28 | AXA insurance policy declarations for period October 28, 2011 to October 28, 2012 | CJI 2411-33 |
| P220 | 2011-11-16 | CJI board of officers meeting minutes | CJI 1348-50 |
| P221 | 2011-11-23 | E-mail chain between Rabbi Hayyim Angel and Saul Woythaler re: "New Rabbi at Congregation Jeshuat Israel" | CJI 1399-1400 |
| P222 | 2012-01-11 | CJI board of officers meeting minutes | CJI 1333-34 |
| P223 | 2012-01-31 | Letter from Marc Porter to Bea Ross | CJI 1049 |
| P224 | 2012-02-12 | CJI congregation meeting minutes | CJI 1274-76 |
| P225 | 2012-03-14 | CJI board of officers meeting minutes | CJI 1344-47 |
| P226 | 2012-06-10 | Letter from B. Ross to Senator Daniel DaPonte | CJI 1225 |
| P227 | 2012-06-25 | Memorandum re CJI special congregation meeting and attached resolution | CJI 1051-52 |
| P228 | 2012-06-25 | CSI special congregation meeting minutes | CJI 1244-47 |
| P229 | 2012-06-25 | E-mail chain between Bea Ross and Michael Katz re: "Touro Synagogue" | CJI 1969-71 |
| P230 | 2012-06-25 | Presentation entitled," Proposed Sale of Rimonim to MFA" | CJI 1401-03 |
| P231 | 2012-06-29 | Letter from Deming Sherman to B. Ross and Saul Woythaler re: Congregation Shearith Israel | CSI 37-38 |
| P232 | 2012-06-30 | CJI financial reports | CJI 3040-47 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P233 | 2012-07-18 | Memorandum from Zachary Edinger to CSI Board of Trustees re: "Ownership of the Myer Myers rimonim…" | CJI 386-406 |
| P234 | 2012-07-18 | Memorandum from Zachary Edinger to CSI Board of Trustees re: "Ownership of the Myer Myers rimonim. . ." | Doc. 39-2, pp. 58-64 in *CSI v. CJI*, 12-CV-8406 (S.D.N.Y.) |
| P235 | 2012-09-20 | CSI meeting minutes | CSI 5375-77 |
| P236 | 2012-10-28 | AXA insurance policy declarations for period October 28, 2012 to October 28, 2013 | CJI 2857-80 |
| P237 | 2012-10-31 | CSI meeting minutes | CSI 5382-84 |
| P238 | 2012-11-02 | E-mail from Louis Solomon to David Bazarsky re: "Rimonim" | Edinger Dep. Exh. 22 |
| P239 | 2012-11-16 | Complaint in *CSI v. CJI*, 12-CV-8406 (S.D.N.Y.) | N/A |
| P240 | 2012-12-04 | CSI's Answer and Counterclaim | N/A |
| P241 | 2012-12-06 | CSI's Amended Answer & Counterclaims | N/A |
| P242 | 2013-03-26 | E-mail from Patricia Breslin to David Bazarsky re: "Touro Synagogue" | CJI 1226-27 |
| P243 | 2013-06-30 | CJI financial reports | CJI 3048-56 |
| P244 | 2013-06-30 | Touro Synagogue Membership History Fiscal Years 2009-2013 | CJI 1242 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P245 | 2013-07-25 | Excerpts from oral argument transcript in *CSI v. CJI*, 12-CV-8406 (S.D.N.Y.), pp. 37 & 51 | Doc. 43, *CSI v. CJI*, 12-CV-8406 (S.D.N.Y.) |
| P246 | 2013-08-21 | Notice of Deposition | Edinger Dep. Exh. 5 |
| P247 | 2013-09-22 | CSI's Answers and Objections to First Set of Interrogatories | Groopman Dep. Exh. 1 |
| P248 | 2013-09-23 | CSI's Responses & Objections to Plaintiff's First Request for Production | N/A |
| P249 | 2013-10-28 | AXA insurance policy declarations for period October 28, 2013 to October 28, 2014 | CJI 2434-59 |
| P250 | 2014 | Excerpt from Oxford English Dictionary (Oxford Univ. 2014), entry for "appurtenance" | Fisher Dep. Exh. 24 |
| P251 | 2014-06-30 | CJI financial reports | CJI 3057-64 |
| P252 | 2014-02-25 | Letter from Jonathan Wagner to Louis Solomon | N/A |
| P253 | 2014-02-28 | Letter from Louis Solomon to Jonathan Wagner | N/A |
| P254 | 2014-03-05 | E-mail from Solomon Shinerock to Jonathan Wagner re: "CSI's 30(b)(6) witness(es)" | Edinger Dep. Exh. 6 |
| P255 | 2014-04-25 | eBay listing for "Large Sephardic Torah Case" | CJI 3271-72 |
| P256 | 2014-05-04 | Notice of Deposition | Lustig Dep. Exh. 1 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P257 | 2014-07-03 | E-mail chain between Solomon Shinerock and Tobias Jacoby re: "Consent order and Stipulation" | N/A |
| P258 | 2014-10-28 | AXA commercial fine art insurance policy declarations for October 28, 2014 to October 28, 2015 | CJI 2460-83 |
| P259 | 2014-12-08 | Check No. 41204 from CSI to CJI for $475 re: "CSI Litigation" | N/A |
| P260 | 2014-12-28 | CSI webpage re: "Congregational History," http://shearithisrael.org/content/congregational-history | CJI 3285-87 |
| P261 | Undated | Photograph of plaque on Touro Synagogue | CSI 3557 |
| P262 | 2015-03-23 | Website re: "Plaque on the Touro Synagogue," http://www.provlib.org | CJI 3331-32 |
| P263 | 2015-03-23 | CSI Amended Answers & Objections to First Set of Interrogatories | N/A |
| P264 | 2015-04-02 | Ebay listing: Edwardian Sterling Silver Torah Finials Rimonim Pair Moses Salkind London | CJI 3440-41 |
| P265 | 2015-04-30 | CSI webpage re: "Board of Trustees," http://shearithisrael.org/trustees | CJI 3730-31 |
| P266 | 2015-04-30 | CSI webpage re: "Professional Staff," http://shearithisrael.org/content/professional-team | CJI 3732-33 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P267 | Undated | Notes of Jeanette Rosenbaum from American Jewish Archives | Mann Dep. Exh. 14 |
| P268 | Undated | Document re: "Pair of Finials for a Torah Scrolls" | MFA 72 |
| P269 | Undated | Documents entitled, "Statements by Prof. Fisher that Rimonim are 'Essential,' 'Necessary' or 'Required' " | Fisher Dep. Exh. 3 |
| P270 | Undated | Chronology created by Dr. Vivian Mann | Mann Dep. Exh. 5 |
| P271 | 2015-03-25 | Webpage re: "Congregational Jeshuat Israel," http://www.tourosynagogue.org/cong-jeshuat-israel/index.php/Cong-jeshuat-israel/ | CJI 003363 |
| P272 | Undated | CSI ledger | CSI 11907 |
| P273 | Undated | CSI ledger | CSI 12662 |
| P274 | Undated | Draft deed | CSI 3796-99 |
| P275 | Undated | Letter from Stephen Lash to Andrew Segal | CJI 902-06 |
| P276 | Undated | Society of Friends of Touro Synagogue Constitution | TSF 462-66 |
| P277 | 2001 | Photograph of Item 63 in Barquist, Myer Myers, p. 155 | N/A |
| P278 | 2001 | Photograph of Item 64 in Barquist, Myer Myers, p. 156 | N/A |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P279 | 2001 | Photograph of Item 65 in Barquist, Myer Myers, p. 157 | N/A |
| P280 | 2001 | Photograph of Item 100 in Barquist, Myer Myers, p. 199 | N/A |
| P281 | Undated | Photographs of Touro Synagogue (exterior & interior), from http://tourosynagogue.org/photo-galleries/touro-synagogue-gallery | N/A |
| P282 | Various | Indentures concerning Touro Synagogue | CSI 1345-1400 |
| P283 | 1882 | Rhode Island Public Statutes, Ch. 171, pp. 440-41: "What is real and what is personal estate in certain cases" | CJI 3539-41 |
| P284 | 1894-06-13 | Rhode Island law entitled, "An Act Incorporating a Congregation Jeshuat Israel" | CJI 155 |
| P285 | 1923 | Rhode Island General Laws, Title XXIV, Art. III, pp. 1004-06: "Literary, Scientific and Miscellaneous Corporations" | CJI 3503-06 |
| P286 | 1929 | Rhode Island Public Laws, January Session, Ch. 1410, pp. 300-01: "An act in amendment of sections 2 and 4 of Chapter 110 of the General Laws, entitled 'Of the Abraham Touro Funds,' as amended" | CJI 3072-74 |
| P287 | 1932 | Rhode Island Acts and Resolves, January Session, p. 427: "An act exempting from taxation certain property in the city of Newport held in trust for the Congregation Jeshuat Israel | CJI 3075-76 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P288 | 1956 | Rhode Island General Laws, Section 35-9-2: "Judah Touro fund," passed 1879, last amended 1956 | CJI 3267 |
| P289 | 1984 | Rhode Island General Laws, Section 7-6-3: "Corporations to which this chapter applies" | CJI 3509 |
| P290 | 1984 | Rhode Island General Laws, Section 7-6-5: "General powers" | CJI 3507-08 |
| P291 | 1995 | Rhode Island Public Laws, January Session, Vol. II, pp. 802-804: "An act relating to the Abraham Touro fund" | CJI 3215-18 |
| P292 | 1995 | Rhode Island General Laws, Section 35-9-1: "Abraham Touro fund," passed 1823, last amended 1995 | CJI 3268-70 |
| P293 | 1876 | Excerpt from Marshall D. Ewell, A Treatise on the Law of Fixtures (Callaghan & Company 1876),pp. 1-50 | CJI 3593-644 |
| P294 | 1877 | Excerpts from Ransom H. Tyler, A Treatise on the Law of Fixtures (William Gould & Son 1877), pp. 56-73, 100-28 | CJI 3545-92 |
| P295 | 1886 | Excerpt from John Bouvier, A Law Dictionary (Lippincot 1886), definition: "fixtures" | CJI 3499-3502 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P296 | 1890 | Excerpt from George Warvelle, A Treatise on the American Law of Vendor and Purchaser of Real Property, Vol. I (Callaghan 1890), pp. 6-7, Ch. 22 § 2 | CJI 3524-28 |
| P297 | 1890 | Excerpt from George Warvelle, A Treatise on the American Law of Vendor and Purchaser of Real Property, Vol. II (Callaghan 1890), pp. 548-49, Ch. 22 § 2 | CJI 3519-23 |
| P298 | 1891 | Excerpt from Henry C. Black, A Dictionary of Law (West 1891), definition: "fixture" | CJI 3510-12 |
| P299 | 1891 | Excerpt from Henry C. Black, A Dictionary of Law (West 1891), definition: "appurtenance" | CJI 3513-15 |
| P300 | 1893 | Excerpt from J. Kendrick Kinney, A Law Dictionary (Callaghan 1893), definition: "fixture" | CJI 3516-18 |
| P301 | 1893 | Excerpt from J. Kendrick Kinney, A Law Dictionary (Callaghan 1893), definition: "appurtenace" | CJI 3715-18 |
| P302 | 1895 | Excerpts from William B. Cunningham, A Treatise on the Law of Forcible Entry and Detainer and Related Topics (Flood, 2d ed. 1895), sections 42 & 90 | CJI 3532-38 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P303 | 1895 | Excerpt from James M. Kerr, A Treatise on the Law of Real Property Vol. I (Banks & Bros., 1895), pp. 112-13 | CJI 3542-44 |
| P304 | 1903 | Excerpt from John G. Hawley & Malcolm McGregor, A Treatise on Real Property (Sprague 2d ed. 1903), p. 192 | CJI 3529-31 |
| P305 | 1904 | Excerpts from Alfred G. Reeves, A Treatise on Special Subjects of the Law of Real Property (Little, Brown 1904), pp. 22-27, 163-64, 243-44 | CJI 3703-14 |
| P306 | 1904 | Excerpts from Harrison A. Bronson, A Treatise on the Law of Fixtures (Keefe-Davidson 1904), sections 18 & 19 | CJI 3645-3702 |
| P307 | 1970 | Excerpts from Stanley F. Chyet, Lopez of Newport (Wayne State Univ. Press 1970), pp. 54, 59, 60, 205-06 | CJI 3734-40 |
| P308 | 1992 | Excerpts from Eli Faber, A Time For Planting / The First Migration 1654-1820 (Johns Hopkins Univ. 1992), pp. 72-73, 159-60 | CJI 3741-46 |
| P309 | Undated | Photographs of George Washington letter reading ceremony | N/A |
| P310 | 1959-06-22 | Letter from Victor Tarry to City of Newport | CSI 780 |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P311 | Various | Research binder | CJI 1979-2347 |
| P312 | 1991-12-13 | Letter from Seymour Davis and Morton Kosch to Dennis B. Freilich | CSI 800 |
| P313 | Undated | Photograph of rimonim on display at MFA | N/A |
| P314 | Undated | Photograph of interior of Touro Synagogue (360 degree view) | N/A |
| P315 | 1920-04-25 | CSI minutes | CSI 9874-80 (previously D496 on CSI's exhibit list, but CSI withdrew this exhibit on May 22, 2015) |
| P316 | Undated | Photographs of front and back of entrance plate/monument at Colonial Jewish Cemetery in Newport, Rhode Island | N/A |
| P317 | 2013-08-18 | 66th Annual George Washington Letter Weekend program | N/A |
| P318 | 2004-08-22 | C-SPAN video of 57th Annual George Washington Letter Reading ceremony, available at http://www.c-span.org/video/?183449-1/reading-george-washington-letter | N/A |

| Exhibit Number | Date | Description | Document ID |
|---|---|---|---|
| P319 | 2010-12-10 | Report from Ubaldo Vitali to Jeanne Sloane, with attached photographs | Vitali 7-31 |
| P320 | Undated | Photograph of exterior of Touro Synagogue | N/A |
| P321 | Undated | Photograph of interior of Touro Synagogue | N/A |