# United States Court of Appeals
## For the First Circuit

No. 16-1756

CONGREGATION JESHUAT ISRAEL,

Plaintiff, Appellee,

v.

CONGREGATION SHEARITH ISRAEL,

Defendant, Appellant.

**JUDGMENT**
Entered: August 2, 2017

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded for entry of judgment consistent with the opinion issued this day. Congregation Shearith Israel's request for counsel fees and costs shall be heard by the district court on remand. Each party shall bear its own costs.

                          By the Court:
                          /s/ Margaret Carter, Clerk

cc:
Hon. John J. McConnell
Hanorah Tyer-Witek, Clerk, United District Court for the District of Rhode Island
Steven Earle Snow
Jonathan Mark Wagner
Gary Naftalis
Daniel P. Schumeister
Tobias Jacoby
John F. Farraher Jr.
Louis Mark Solomon
Deming E. Sherman
Colin A. Underwood
Krystle Guillory Tadesse
Nancy Lauren Savitt
Adam J. Sholes
Chrisanne E. Wyrzykowski

Eric C. Rassbach
Rachel Busick
Diana Verm